UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JUANA PATRICIA CABALLERO GUTIERREZ, | * * * | |
| Petitioner, | * | |
| v. | * | Civil Action No. 1:25-cv-13996-IT |
| | * | |
| DAVID WESLING, et al., | * * | |
| Respondents. | * | |

ORDER CLOSING CASE

TALWANI, D.J.

On January 2, 2026, this court granted Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] and ordered Petitioner's release. See Electronic Order [Doc. No. 10]. The court further ordered that, should Respondents seek to re-detain Petitioner, Respondents shall first notice and hold a bond hearing pusuant to 8 U.S.C. § 1226(a). Id. Where Respondents did seek to re-detain Petitioner and Respondents' Status Report [Doc. No. 11] indicates a bond hearing was conducted on January 9, 2026, and that Petitioner was granted bond and remains released, this action is CLOSED.

IT IS SO ORDERED.

February 19, 2026                                         /s/ Indira Talwani
                                                          United States District Judge